# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Z.M., through his parent, Ashley Manley for themselves, and on behalf of a class of those similarly situation,<br><br>  Plaintiff,<br><br>v.<br><br>Joshua Baker, in his official capacity as Director of South Carolina Department of Health and Human Services (SCDHSS),<br><br>  Defendant. | C/A NO.: 3:18-CV-1370-JMC<br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The undersigned counsel hereby stipulate to the dismissal of this action WITHOUT PREJUDICE pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**WE SO STIPULATE:**

/s/ Tobias G. Ward, Jr.
Tobias G. Ward, Jr. (Fed. ID No. 4520)
J. Derrick Jackson (Fed ID No. 5836)
TOBIAS G. WARD, JR., P.A.
534 Congaree Avenue
Post Office Box 50124
Columbia, South Carolina 29250
(803) 708-4200
E-mail: dj@tobywardlaw.com
Attorneys for Plaintiff

s/Damon C. Wlodarczyk
Damon C. Wlodarczyk, Fed ID No. 9487
RILEY POPE & LANEY, LLC
Post Office Box 11412
Columbia, South Carolina 29211
Telephone (803) 799-9993
E-mail: damonw@rplfirm.com
Attorneys for Defendant

Columbia, South Carolina
May 21, 2021